UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                          RE:    Rafaela Moreno BRICENO-SPENCER
                                   Docket Number:  2:08CR00356
                                   <u>WITHDRAWAL OF PETITION</u>

Your Honor:

It is respectfully requested that the petition filed on September 3, 2010, on the above named supervised releasee be withdrawn from the Court's calendar scheduled for October 4, 2010, at 10:00 a.m.

On September 3, 2010, the undersigned requested that the Court issue a summons and place the violation matter on it's calendar of October 4, 2010, in regards to Ms. Briceno-Spencer and her failure to perform her 100 hours of community service.  Ms. Briceno-Spencer has provided documentation that she has completed 90 hours of her community service hours.  She is in the process of completing the remaining 10 hours.  Therefore, we are requesting that the petition be withdrawn and the case be allowed to terminate.

                               Respectfully submitted,

                               /s/Glenn P. Simon
                             **GLENN P. SIMON**
             **Senior United States Probation Officer**

Dated:       September 29, 2010
                Sacramento, California
                GPS/cp

**REVIEWED BY:**    <u>/s/Kyriacos M. Simonidis</u>
                          **KYRIACOS M. SIMONIDIS**
                          **Supervising United States Probation Officer**

RE:   Rafaela Moreno BRICENO-SPENCER
      Docket Number:   2:08CR00356
      **WITHDRAWAL OF PETITION**

cc:   To be determined
      Assistant United States Attorney

      To be determined
      Defense Counsel

_____

AGREE: ___X_____          DISAGREE: _____

_____          **October 4, 2010**
**FRANK C. DAMRELL, JR.**                DATE
United States District Judge